7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Cynthia Dawn Wells
*Debtor*

*Bankruptcy Case No.*
11−30915−can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
12−03035−can

v.

**Cynthia Dawn Wells**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered in favor of the Plaintiff, Norman E. Rouse, and against the Defendant, Cynthia Dawn Wells, and her discharge, previously entered, is hereby revoked pursuant to 11 U.S.C. Section 727.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 2/8/13

Court to serve